Form a0nfincs

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

In Re: Henry Eugene Bailey

        Debtor(s)

SSN/TAX ID:
    xxx–xx–1320

Case No.: 1:11–bk–16309

Chapter: 13

Judge: Burton Perlman

---

### NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT

    In accordance with Rule 5009 of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 23) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed by the date when the last plan payment was made or the filing of a motion for a discharge, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: January 13, 2012

                                        FOR THE COURT:
                                        Kenneth Jordan
                                        Clerk, U.S. Bankruptcy Court